UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

CORRENA M. MCKINNON

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:09-CR-0187  (GHL)

Seth Buchman, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 1 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSE CONCLUDED: FEBRUARY 24, 2009**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00 and special assessment of $5.00. Total of the fine and special assessment amounts to $255.00, payable no later than July 15, 2009. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original count of the Information is dismissed on motion of the United States.

April 8, 2009
Date of Imposition of Sentence


April 13, 2009
DATE SIGNED

George H. Lowe
United States Magistrate Judge